IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>NASARIO SANCHEZ,<br><br>      Defendant. | 8:16CR73 |
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>RANDY CASILLAS, and<br>RYAN GABEL,<br><br>      Defendants. | 8:16CR76 |
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>AARON M. NUNNENKAMP,<br><br>      Defendant. | 8:13CR78 |
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>JESSE D. KLEMPTER,<br><br>      Defendant. | 8:16CR82 |

| UNITED STATES OF AMERICA, | 8:16CR86 |
|---|---|
| Plaintiff, | |
| vs. | |
| BRETT SMYTH, | |
| Defendant. | |

| UNITED STATES OF AMERICA, | 8:16CR87 |
|---|---|
| Plaintiff, | |
| vs. | |
| VIRGIL APODACA, JR. and ANTHONY APODACA, | |
| Defendant. | |

## ORDER

During the arraignments of the above defendants on February 26, 2016, the government requested an additional thirty days in which to provide discovery. None of the defendants had any objection to the request. The request is granted and discovery shall be completed on or before April 4, 2016. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between March 4, 2016, and April 4, 2016, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

Dated this 29th day of February, 2016.

BY THE COURT:

s/ Thomas D. Thalken
U.S. Magistrate Judge